■ The People of the State of New York, Respondent, v Ronnie Porter, Appellant. — Judgment, Supreme Court, New York County (Altman, J.), rendered on August 13, 1979, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur — Kupferman, J. P., Sullivan, Carro, Silverman and Asch, JJ.

■ Theodore L. Cross, Respondent, v Communications Channels, Inc., et al., Appellants. — Order, Supreme Court, New York County (Egeth, J.), entered on October 30, 1981, unanimously affirmed on the opinion of Egeth, J. Respondent shall recover of appellants $75 costs and disbursements of this appeal. No opinion. Concur — Ross, J. P., Bloom, Fein and Milonas, JJ. [112 Misc 2d 1082.]

■ The People of the State of New York, Respondent, v Hector Rivera, Appellant. — Appeal from judgment, Supreme Court, New York County (Galligan, J.), rendered on February 6, 1980, held in abeyance, the application by assigned counsel to be relieved is denied; upon this court's own motion assigned counsel is relieved without the payment of any fee and alternate counsel assigned as indicated in the order of this court. No opinion. Concur — Sandler, J. P., Markewich, Silverman and Bloom; JJ.